Daniel J. O'Connor, Jr., Bar No. 010081
Justin D. Holm, Bar No. 025202
**O'CONNOR & CAMPBELL, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
justin.holm@occlaw.com
602-241-7000
*Attorneys for Defendant Philip Mitchell Brailsford, Jr.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>Plaintiff,<br><br>vs.<br><br>Philip Brailsford, an Officer of the Mesa, Arizona, Police Department, Individually and in his Official Capacity, John Does I-7, Officers of the Mesa, Arizona, Police Department, Individually and in their Official Capacities,<br><br>Defendants. | Case No.: 2:18-cv-00178-SRB<br><br>**BRAILSFORD'S NOTICE OF RELATED CASES** |

Defendant Philip Mitchell Brailsford, Jr. gives notice of a related, consolidated action pending before the United States District Court for the District of Arizona. Specifically, Plaintiffs Grady and Norma Shaver[1] and Laney Sweet, E.S. (a minor), N.S. (a minor), and the Estate of Daniel Shaver[2] have each filed wrongful-death actions involving the same underlying facts and circumstances. These actions expressly name Brailsford as a defendant.

---

[1] CV-17-00715-PHX-GMS. The Shaver action was initially filed in the Maricopa County Superior Court, but was later removed by Defendants.
[2] CV-17-00152-PHX-GMS.

The Sweet action and Shaver action were consolidated on June 23, 2017.[3] By agreement among the plaintiffs, Laney Sweet has been designated the lead plaintiff.[4] The consolidated action is pending before the Honorable G. Murray Snow.[5] Upon information and belief, both the Sweet and Shaver actions were filed before this action.[6]

Dated: May 11, 2018.

**O'CONNOR & CAMPBELL, P.C.**

By: */s/ Justin D. Holm*
Daniel J. O'Connor, Jr.
Justin D. Holm
*Attorneys for Defendant
Philip Mitchell Brailsford, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System.  A Notice of Electronic Filing will be served to the following registered participants:

Gene N. Chávez
CHAVEZ LAW OFFICES, PA
1220 5th Street
Albuquerque, NM 87102
gene@chavezlawoffices.com
*Attorney for Plaintiff*

By: */s/ Amanda Bennett*

---

[3] *See* June 23, 2017 Order, attached as **Exhibit 1**. All exhibits are authentic copies of the originals.
[4] *Id.*
[5] *Id.*
[6] *Compare* Maricopa County Superior Court Case No. CV 2017-090318 (Shaver) filed January 10, 2017 and CV-17-00715-PHX-GMS (Sweet) filed January 17, 2017 with Doc. 1 filed January 18, 2018 (one year later).