# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Philip Brailsford, et al.,<br><br>　　　　Defendants. | No. CV-18-00178-PHX-SRB<br><br>**ORDER** |

On June 11, 2018, Plaintiff filed a Stipulated Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Doc. 21).

IT IS ORDERED that the Stipulated Motion for Extension of Time to Respond to Defendant's Motion to Dismiss will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

Dated this 12th day of June, 2018.

_____
Susan R. Bolton
United States District Judge