Gene N. Chavez, Bar No. 12042
**CHAVEZ LAW OFFICES, PA**
1220 5th St. NW
Albuquerque, NM  87102
gene@chavezlawoffices.com
505-243-4363
*Attorney for Plaintiff Monique Portillo*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**Monique Portillo,**

           **Plaintiff,**

vs.                                                                              Case No.:    2:18-cv-00178-SRB

**Philip Brailsford, an Officer of the
Mesa, Arizona, Police Department,
Individually and in his Official Capacity,
JOHN DOES 1-7, Officers of the
Mesa, Arizona, Police Department,
Individually and in their Official Capacities,**

           **Defendants.**

**STIPULATED MOTION FOR EXTENSTION OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff, Monique Portillo, by and through her attorney, CHAVEZ LAW OFFICES, PA (Gene N. Chávez) and by agreement of the parties, moves for this Court to allow Plaintiff to file her Response to Defendant Brailsford's Motion to Dismiss on or before June 11, 2018.  Counsel for Defendant Brailsford has been contacted and does not object to this Motion.

           Respectfully submitted,

           **CHAVEZ LAW OFFICES, PA**

    By:    ***/s/ Gene N. Chavez***
           Gene N. Chávez
           Attorney for Monique Portillo
           1220 5th Street

>Albuquerque, NM   87102
>(505) 243-4363
>(505) 217-2157(facsimile)
>gene@chavezlawoffices.com

## CERTIFICATE OF SERVICE

I have caused a copy of the foregoing to be emailed to all counsel of record on this 4th day of June, 2018 and filed the same with the CMF filing system.

*/s/ Gene N. Chavez*
Gene N. Chavez

Attorney for Plaintiff