# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laney Sweet,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>　　　　Defendants.<br>Grady Shaver, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>City of Mesa, et al.,<br><br>　　　　Defendants. | No. CV-17-00152-PHX-GMS<br>**LEAD CASE**<br><br>**CONSOLIDATED WITH:**<br>No. CV-17-00715-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff Portillo's Motion to Consolidate Cases (Doc. 146). After review of the motion and responses thereto (Docs. 158-59), and no reply having been filed,

**IT IS HEREBY ORDERED** that the Motion to Consolidate (Doc. 146) is denied.

Dated this 20th day of July, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　　　　　United States District Judge