# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>      Plaintiff,<br><br>v.<br><br>Philip Brailsford, et al.,<br><br>      Defendants. | No. CV-18-00178-PHX-SRB<br><br>**ORDER** |

      On November 2, 2018 this Court issued its Order ordering that Defendant Charles Langley's answer was due 60 days from November 1, 2018. After review of the docket the Court notes that no answer has been filed and no application for entry of default has been made.

      IT IS ORDERED that counsel for the Plaintiff file a status report within 7 days of the date of this Order.

      IT IS FURTHER ORDERED that the matter will be dismissed as to Defendant Charles Langley without further notice 7 days from the date of this Order if counsel fails to file a status report.

      Dated this 14th day of January, 2019.

_____
Susan R. Bolton
United States District Judge