# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo, | No. CV-18-00178-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Philip Brailsford, et al., | |
| Defendants. | |

On January 4, 2019 Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran and Richard Gomez filed a Motion to Dismiss Plaintiff's Second Amended Complaint. As of this date, no responsive memorandum has been filed. Local Rule of Civil Procedure 7.2(i) provides in part "if the unrepresented party or counsel does not serve and file the required answering memorandum, . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Plaintiff's failure to serve and file the required answering memorandum a consent to the granting of the Defendants' Motion to Dismiss.

IT IS ORDERED granting Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran and Richard Gomez's Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 51)

. . .

. . .

1   IT IS FURTHER ORDERED dismissing this case as to Defendants City of Mesa, Brian Elmore, Christopher Doane, Bryan Cochran, and Richard Gomez only.

Dated this 23rd day of January, 2019.

_____
Susan R. Bolton
United States District Judge