# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Philip Brailsford, et al.,<br><br>　　　　　Defendants. | No. CV-18-00178-PHX-SRB<br><br>**ORDER** |

　　　　Counsel for Plaintiff filed a document entitled "Praecipe" wherein he asks the Court to enter a default judgment against Defendant Charles Langley. A review of the docket reflects no application supported by an affidavit for entry of a default as required by and as a prerequisite to an Application for Default Judgment. Rule 55, Fed. R. Civ. P. Defendant Langley has responded in opposition to Plaintiff's request for a default judgment. Plaintiff has not replied. Defendant Langley has also filed a Motion to Dismiss (Doc. 58).

　　　　IT IS ORDERED denying Plaintiff's Request for a Default Judgment because a default was not entered before Defendant Langley filed his responsive pleading (Doc. 55).

　　　　Dated this 1st day of February, 2019.

_____
Susan R. Bolton
United States District Judge