IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>  Plaintiff,<br><br>v.<br><br>Philip Brailsford, et al.,<br><br>  Defendants. | No. CV-18-00178-PHX-SRB<br><br>**ORDER** |

On January 16, 2019 Defendant Brailsford filed a Partial Joinder in City of Mesa Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. As of this date, no responsive memorandum has been filed. Local Rule of Civil Procedure 7.2(i) provides in part "if the unrepresented party or counsel does not serve and file the required answering memorandum, . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Plaintiff's failure to serve and file the required answering memorandum a consent to the granting of the Defendant Brailsford's Partial Joinder in City of Mesa Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

IT IS ORDERED granting Defendant Brailsford's Partial Joinder in City of Mesa Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 53)

. . .

. . .

. . .

IT IS FURTHER ORDERED dismissing Defendant Philip Brailsford only.

Dated this 1st day of February, 2019.

_____
Susan R. Bolton
United States District Judge