IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>   Plaintiff,<br><br>v.<br><br>Philip Brailsford, et al.,<br><br>   Defendants. | No. CV-18-00178-PHX-SRB<br><br>**ORDER** |

   On February 25, 2019 this Court issued an Order staying this case as to Defendant Philp Brailsford until July 24, 2019 because of Defendant's bankruptcy filing. The parties were advised that the case would be dismissed on July 24, 2019 unless a motion to continue the stay was filed or the Court was advised that the bankruptcy stay had been lifted and counsel were ready to proceed with this case. As of the date of this order no motion to continue has been filed.

   **IT IS ORDERED** dismissing this case as to Defendant Phillip Brailsford without prejudice.

   Dated this 29th day of July, 2019.

Susan R. Bolton
United States District Judge