IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monique Portillo,<br><br>   Plaintiff,<br><br>v.<br><br>Philip Brailsford, et al.,<br><br>   Defendants. | No. CV-18-00178-PHX-SRB<br><br>**ORDER** |

  Plaintiff filed her untimely Motion for Reconsideration 30 days after the Court dismissed Defendant Philip Brailsford without prejudice terminating the case. Plaintiff had been advised in an Order filed February 25, 2019 that Defendant Brailsford would be dismissed on July 24, 2019 unless the Plaintiff advised that the bankruptcy stay had been lifted or she filed a motion to ask this Court to continue the stay entered in this Court on February 25, 2019 upon notification of Defendant Brailsford's bankruptcy filing. Plaintiff did not file a Motion to Continue this stay or advise that the bankruptcy stay had been lifted.

  A review of the docket shows Defendant Brailsford had already been dismissed by Order filed February 2, 2019 as a result of Plaintiff failing to timely respond to Defendant Brailsford Joinder in a Motion to Dismiss filed by Defendant City of Mesa. The other Defendants in this case were also dismissed as a result of Plaintiff failing to timely respond to their Motions to Dismiss. The only reason the case was not closed after the dismissal of Defendant Brailsford was because a Motion to Accept as Timely Plaintiff Monique

Portillo's Response to Defendant Brailsford's "Partial Joinder" in "Motion to Dismiss" (Doc. 62) was pending at the time the Court was notified of Defendant Brailsford's bankruptcy. An identical motion was later denied as to all other Defendants (Doc. 71).

Plaintiff's prosecution of this case has been consistently characterized by missed deadlines without good cause. The failure to avoid final dismissal of Defendant Brailsford and the untimely Motion for Reconsideration are just two more examples. Plaintiff has shown no good cause or excuse for her missed deadlines or her untimely Motion for Reconsideration.

IT IS ORDERED denying Plaintiff's Motion for Reconsideration.  (Doc. 74)

Dated this 24th day of September, 2019.

_____
Susan R. Bolton
United States District Judge